RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 11 2015
Abel Acosta, Clerk

83,019-03

CAUSE NO. 1443972

TIMOTHY DEWAYNE WRIGHT  § IN THE COURT

Relator,

§ OF CRIMINAL

V.

§ APPEALS

This document contains some
pages that are of poor quality
at the time of imaging.

MARK KENT ELLIS

Respondent.   § AUSTIN, TEXAS

MOTION FOR LEAVE TO FILE A PETITION
FOR WRIT OF MANDAMUS PURSUANT
TO RULE 72.1 OF THE TEXAS RULES OF
APPELLATE PROCEDURE

To the Honorable Judges of this Court:
AND While addressing this court, Relator shall
show the court the following:

1. Relator Timothy Wright, request that this Court
grant relators leave to file the attached Petition
for Writ of Mandamus, directing the Honorable
Mark KENT ELLIS, Judge of the 351ST
district Court of Harris County, Texas, currently
presiding in Cause No. 1443972, Styled Timothy
Dewayne Wright V. Mark Kent ELLIS, TO SET
relator's case for a Suppression Hearing in a

timely matter, Preferrably before October 22, 2015, as to what said hearing is supposed to be set for now, which relator has reasonable suspicion to believe that trial court will continue to delay relator's suppression hearing for reasons that relator has asserted his right to a suppression hearing by filling his own motions for suppress to trial court which trial court fail to act at all. Relator has also filed motions for bail reduction, and hybird representation, Relators defense attorney Michael Fosher shows ineffective assistance of counsel for not acting on behalf of relators motions and fail to file any himself. Relator has been incarcerated for 11 months and due process has failed to be demonstrated by trial court or defense attorney for relator. Instead, Due Process has been exchanged by trial court and defense attorney for coercion plea agreements to relator which continues to deprive relator of liberty.

2. Relator's motion for leave to file a petition for writ of Mandamus stems from Judge Mark Kent Ellis's failure and refusal to rule on relator's motion for Suppress Evidence, bail reduction, and hybird representation, despite the passage of 02/15-4-15 since relator filed the Motions.

Sworn Affidavits testifying that pass motions filed by relator have not been ruled on and are still pending in 351 ST district Court of Harris County, Texas. Also, to show that relator has filed these motions through The Harris County district clerk's office (Chris Daniel). And relator's last court document sheet to a unreasonable length of delay as opposed to relator's pass motions. Relator would also bring to the attention of this Court all the pre-trial writs of habeas corpus that are on file with trial Court 351 ST and the Court of Criminal Appeals.

3 Due to relator's constitutional rights being violated by the trial Court of 351 ST and defense attorney deliberately with knowledge, have been served with a few pre-trial writs of habeas corpus and motions filed by relator, shows the Court that relator has no other adequate remedy at law. And records would show along with the reasonable suspicion to believe that trial Court of 351 ST district court of Harris County, Texas, violates relator's due process with knowledge that relator is entitle to Mandamus relief that is undisputable as to the unreasonable length of delay.

4. As demonstrated by the accompanying petition, the trial court's refusal and failure to rule on relators pre-trial writs of habeas Corpus and motions filed by relator, Constitutes a clear abuse of discretion and a denial of relator's Constitutional right to be heard and failure to issue writ or rule has violated relator's due process with prolongs relator's liberty on illegal restraint.

5. IN light of the clear abuse of discretion Committed by respondent, relator files this motion for leave to file a petition for writ of Mandamus to seek appropriate relief from the trial Court's intentionally gross negligence, as set out more fully in the attached petition and supporting documents Such as reset documents and sworn affidavit of truth.

## PRAYER

Therefore, relator prays that this Court grant relator's leave to file petition for writ of Mandamus, that the matter be set for a hearing, and that this court have final discretion over the matter so relief of relator's illegal restraint would be granted which he is entitle to.

Executed This day 3rd of September, 2015

Respectfully Submitted,

Timothy Wright

HONORABLE JUDGE,

GRANTED _____

DENIED _____

CAUSE NO. 1443972

TIMOTHY DEWAYNE WRIGHT § IN THE COURT
Relator,

§ OF CRIMINAL

V.

§ APPEALS

MARK KENT ELLIS
Respondent. § AUSTIN, TEXAS

TIMOTHY WRIGHT'S APPLICATION FOR
WRIT OF MANDAMUS
PURSUANT TO 72.1 TEX. R. APP. Proc.

TO THE HONORABLE JUSTICE OF SAID COURT:

COME NOW, Relator, Timothy Wright, And brings
this his great WRIT of Mandamus and
would also show the Court the following:

JURISDICTION

Relator Timothy Wright brings this writ pursuant
to 72.1 of the Tex. Rule of APP. Proc.
Tex. Code Crim. Proc. Art. 38.23, 11.46, 11.01.
United States CONSTITUTION Amend. 1ST, 4th,
8th, 14th Sec. 2.

## CAUSE NO. 1443972

## ISSUES PRESENTED

Relator has filed his first Motion to Suppress Evidence on 02-09-15. Days later Relator filed Motion to reduce bail. In April, 2015 Relator file motion to Suppress again and a motion for hybird representation. April, 2015 afterwards relator filed a pre-trial writ of habeas Corpus pursuant to art. 11.46. June 2, 2015 relator filed another pre-trial writ of habeas Corpus pursuant to Art. 11.01.

## STATEMENT OF FACTS

All documents above have been filed with the district Court of 351ST in Harris County, Tex. through the district Clerk of Harris County, Tex. The record would show that those documents were filed Consistantly one after the other to insure the trial Court of 351ST district of Harris County has Knowledge of said documents and still choses to abuse its discretion.

# CAUSE NO. 1443972

## ARGUMENT

Relator has been incarcerated for 11 months and trial Court has acted with no regard to relator's constitutional rights of being heard and 1ST Amend. U.S.C. Which relator has filed motions and pre-trial writs of habeas corpus because offense was not proven as to have been committed by relator which a hearing under habeas was warranted and trial Court disobeyed the writ. Which prolonged relator's illegal restraint. Suppression hearing has been ignored due to 4th amend. U.S.C. violation. Which also shows cruel and unusual punishment under the 8th Amend. U.S.C. All these none-discretionary acts violates relator's due process under the 14th Amend. U.S.C. which gives citizen of U.S. a fair procedure and protects against depriving the people against life, liberty, property without due process of law. Relator has no all of a sudden been set for a suppress hearing exactly (2) whole months after relator's court date. Violating relator's due process more and more.

CAUSE NO. 1443972

## PRAYER

WHEREFORE, RELATOR PRAYS THAT THE COURT ISSUES SUCH WRIT TO INSURE PROFORMANCE OF TRIAL COURT TO HOLD HEARING ON Relator's motions, and or habeas writs that are on file with trial Court as soon as possible, or on date that Suppression hearing is already set for 10-22-15, to insure no further delay of Relator's due process being violated. And for this Court to also govern trial Court's discretion. Thank You!

OATH BEFORE A NOTARY PUBLIC

STATE OF TEXAS
COUNTY OF HARRIS

Timothy Wright, being duly sworn, under oath says: "I am the (relator)/petitioner (circle one) in this action and know the contents of the above application for writ of Mandamus and, according to my better the facts stated in the application are true."

_Timothy Wright_
Signature of (relator)/petitioner (circle one)

J. JAMES
Notary Public
STATE OF TEXAS
Comm. Exp. OCT 23, 2017

SUBSCRIBE AND SWORN TO BEFORE ME
THIS 3 DAY OF Sept, 2015.

Signature of Notary Public

CAUSE NO. _1443992_   CHARGE _Poss afmrl au Pcs_

THE STATE OF TEXAS § _35_ DISTRICT COURT

VS. § OF

_Wajd, Timith_ § HARRIS COUNTY, TEXAS
Defendant

## CASE RESET FORM

The undersigned Counsel hereby agrees this case is reset for

_MSEH_ on _October 22, 2015_ at _9_ a.m.
Type of Setting

_____  X _Defendant refused to sign_
Attorney for the State     Defendant

☐ The State has offered:     _MIKE FOSHO_
                             (Print) Attorney for Defendant
_STDC rejected_
                             _____
☐ The State and Defense agree as follows:   (Signature) Attorney for Defendant

_will not be reoffered_     Address _____

                            City          State        Zip
                            _0728030C_
                            Attorney Bar #        Attorney SPN #
Interpreter Requested:    Yes or No
Language: _____   _713 221.1810_    _713 237.1400_
                            Phone Number        Fax Number
For: _____Defendant _____Witness
Estimated Length of Assignment: _____  Email Address

**FOR COURT STAFF USE ONLY**
Reset by ☐ Court ☑ Defense  ☐ Operation of Law  ☐ Prosecution

☐ Attorney not present        ☐ Defendant has new case      ☐ No Tape/Lab _____
☐ D.A. to contact complainant/witness  ☐ Defendant on call     ☐ Not indicted
☐ D.A. to evaluate case       ☐ Defendant to consider offer  ☐ Other _____
☐ D.A. to Reindict            ☐ Disposition of misd./OOC case  ☐ Refer to _____
☐ D.A. to file MAJ/MRP        ☐ File Unavailable             ☐ Restitution Info
☐ Defense to contact witness  ☐ MHMRA Evaluation             ☐ To hire Attorney
                              _____21 Day _____Full

**APPROVED BY THE COURT:**
_____     _8/29/15_
Judge/Coordinator             Date Signed

                                              5/2/12

# Affidavit

Before me, the undersigned authority personally appeared
_Timothy Dewayne Wright_ **(your name)**, who duly sworn, deposed as
follows: My name is _Timothy Dewayne Wright_, I am over 18
years of age, competent to make this affidavit and personally acquainted
with the facts herein stated: **(in the following space write the facts/your statement)**

I, Timothy Wright, duly being confined in the Harris County Jail, do testify that all motions, writs and anything else complained of in my writ of Mandamus, is on file with the trial Court of 351ST District Court of Harris County, Texas, Through Chris Daniel the Harris County District Clerk. Thank You,

The facts stated here are voluntary.



L. JAMES
Notary Public
STATE OF TEXAS
Commission Exp. OCT. 29, 2017

_Timothy Wright_
Affiant (Your Signature)

Sworn and Subscribed before me on the 3 day of Sept, 20 15

Notary Public In and for
The State of Texas

LL062-(01/06)
Δ